RAB18J (10/05)

# United States Bankruptcy Court

District of Utah
Case No. **10–37284**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chip Galloway
2346 West Statehood Drive
Bluffdale, UT 84065

Social Security No.:
xxx–xx–3154

Employer's Tax I.D. No.:

Petition date: 12/14/10

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 4/5/11

Joel T. Marker
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM RAB18J continued (10/05)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                                  District of Utah
In re:                                                         Case No. 10-37284-JTM
Chip Galloway                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1088-2          User: gci                Page 1 of 5         Date Rcvd: Apr 05, 2011
                              Form ID: rab18j          Total Noticed: 220


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2011.
db           +Chip Galloway,    2346 West Statehood Drive,    Bluffdale, UT 84065-3061
aty          +James H. Woodall,    10808 River Front Parkway,    Suite 175,    South Jordan, UT 84095-5759
aty           Lewis P. Adams,    9231-A South Redwood Road,    West Jordan, UT 84088
7412628      +5 Star Electric,    15114 South 2700 West,    Riverton, UT 84065-3075
7412629      +AA Decorative Curbing,    13592 White Doe Circle,    Riverton, UT 84065-6035
7412630      +AA Decorative Curbing,    PO Box 1601,    Riverton, UT 84065-9601
7589004       ARM Accounts Receivable Management, Inc,    PO Box 129,    Thorofare, NJ 08086-0129
7412631      +Affluent Target Marketing dba Affluent L,    PO Box 18507,    Anaheim, CA 92817-8507
7412632      +Al's Auto Parts & Service LC,    853 East Arrowhead Lane,    Salt Lake City, UT 84107-5210
7412633      +Alfonso Sanchez,    8451 South 2975 West,    West Jordan, UT 84088-5344
7412634      +Alta View Concrete,    9547 South 500 West,    Sandy, UT 84070-2529
7412635      +America First Credit Union,    Po Box 9199,    Ogden, UT 84409-0199
7412638      +American Home Mtg Svci,    4600 Regent Blvd Ste 200,    Irving, TX 75063-2478
7412639      +American Management Sv,    50 E 100 S Ste 100,    Saint George, UT 84770-2327
7412640      +Arborcare/Arborscape, Inc.,    872 West South Temple,    Salt Lake City, UT 84104-1137
7412641      +Architectural Concrete & Design,    932 Kasey Circle,    Draper, UT 84020-7609
7412642       Auto-Owners Ins,    13968 Bangerter Parkway,    Draper, UT 84020-5459
7412643      +Auto-Owners Insurance,    6101 Anacapri Blvd,    Lansing, MI 48917-3994
7412650       BLD Loan Accounting - UT,    MAC U1851-014,    PO Box 7666,    Boise, ID 83707-1666
7589005      +Babock Scott & Babcock,    505 East 200 South,    Suite 300,    Salt Lake City, Utah 84102-2055
7412644       Backyard Greens,    367 West 700 North,    Orem, UT 84057-3872
7412646      +Best Vinyl,    62 North 1020 West,    American Fork, UT 84003-4400
7412647      +Bike LLC,    1400 South Foothill Drive,    Suite #34,    Salt Lake City, UT 84108-2392
7456307      +Bike LLC,    1400 South Foothill Drive,    Suite 34,    Salt Lake City, Utah 84108-2392
7456306       Bike LLc,    675 East 2100 South,    Suite 150,    Salt Lake City, Utah 84106-5316
7412648      +Biograss Nurseries,    P.O. Box 708280,    Sandy, UT 84070-8280
7412651      +Bluffdale City,    Admin Office,    14175 South Redwood Road,    Bluffdale, UT 84065-5210
7412652      +Bryan W. Cannon,    Bryan W. Cannon & Associates, P.C.,    8619 South Sandy Parkway, Ste 111,
               Sandy, UT 84070-6404
7589006       CCB Credit Services,    5300 South 6th Street,    Springfield, IL 62703-5184
7412653      +Cactus & Tropicals,    2735 South 2000 East,    Salt Lake City, UT 84109-1749
7412654      +Carlos M. Muniz Salas,    1629 West Talisman Circle #A Down,    Salt Lake City, UT 84116-1919
7412655       Carlson Engineering Services,    380 North 200 W # 110,    Bountiful, UT 84010-7075
7412656      +Central Valley Water Rec Fac,    614 East Hilo Street,    Sandy, UT 84070-0901
7412657       Central Valley Water/CVWR,    800 West 3190 South,    Salt Lake City, UT 84119-3379
7412660      +Checknet,    PO Box 150,    Provo, UT 84603-0150
7412659      +Checknet,    746 East 1910 South,    Suite 4,    Provo, UT 84606-6244
7412664       Citicapital Commercial Corporation,    3950 Regent Blvd,    Irving, TX 75063-2244
7412666      +City Publications Salt Lake City,    3434 East 7800 South #305,    Salt Lake City, UT 84121-5803
7412667      +Clyde Snow & Sessions,    One Utah Center, 13th Floor,    201 South Main Street,
               Salt Lake City, UT 84111-2215
7412668      +Colin Maughan,    5628 Horse Sprint Court,    Herriman, UT 84096-1839
7412669       Comcast,    1350 East Miller Ave,    Salt Lake City, UT 84106-3092
7412671      +Construction Software Technologies, Inc.,    4430 Carver Woods Dr.,    Cincinnati, OH 45242-5555
7412673      +Corecon Technologies, Inc.,    15618 Graham St.,    Huntington Beach, CA 92649-1611
7412674      +Craig Carman, P.C.,    311 South State,    Suite 380,    Salt Lake City, UT 84111-5215
7412675       Crawford Door Sales,    P.O. Box 651068,    Salt Lake City, UT 84165-1068
7412676      +Crawford Door Sales/Div of CDC, Inc.,    155 W. 2700 SOUTH,    Salt Lake City, UT 84115-3014
7412678      +Decorative Developments,    1584 South 580 East,    American Fork, UT 84003-5628
7412679       Department of Workforce Services,    UI Collections Unit,    PO BOX 45288,
               Salt Lake City, UT 84145-0288
7412683      +Diamond Rental & Sales,    4518 South 500 West,    Salt Lake City, UT 84123-3694
7412684      +Diamond Tree Experts, Inc.,    3645 South 500 West,    Salt Lake City, UT 84115-4207
7412685      +Dish Network,    P.O Box 69,    Columbus, OH 43216-0069
7412688       Double T Turf,    2705 W 2000 N,    Malad City, ID 83252-6668
7412689      +Double T Turf,    4901 West 500 South,    Malad City, ID 83252-6060
7412693      +ERS Solutions,    PO Box 9004,    Renton, WA 98057-9004
7412690      +Edgar Pineda,    4190 Finair Drive,    Salt Lake City, UT 84120-5328
7412691      +Elite Hardscapes,    29 W 1560 S,    Orem, UT 84058-7439
7412692      +Enhanced Recovery Corp,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
7412694      +Esteban Lorenzo Hernandez,    1411 Highland Hollow Drive,    West Jordan, UT 84084-4116
7412695      +Felipe G. Hernandez,    6191 West 4100 South,    Salt Lake City, UT 84128-4398
7412697      +Freightliner of Utah, dba Warner Truck C,    2240 South 5370 West,    Salt Lake City, UT 84120-1278
7456308       Front Gate Homes,    133 Mossy Springs Lane,    Salt Lake City, Utah 84117-4731
7456309      +GE Capital Financial Inc,    6510 Millrock Drive,    Suite 200,    Salt Lake City, Utah 84121-5996
7412701      +Geneva Rock,    1565 West 400 North,    Orem, UT 84057-4446
7412704      +Grass Master, Inc.,    11192 East Draper Parkway #221,    Draper, UT 84020
7412706      +Grass Roots Agronomics,    PO Box 646,    Emmett, ID 83617-0646
7412705      +Grass Roots Agronomics,    Robert Parrish,    800 East Locust,    Emmett, ID 83617-2707
7412708       Greg Darlington and Erin Darlington,    211 South Wild Flower Cir,    Alpine, UT 84004-1913
7412709      +Harward Irrigation Systems,    940 South 2000 West,    Springville, UT 84663-3095
7412710      +Hearth & Home,    235 West 9210 South,    Sandy, UT 84070-2615
7412711       Hitachi,    21925 Network Place,    Chicago, IL 60673-1219
7412712      +Hitachi Capital America Corp,    800 Connecticut Avenue,    Norwalk, CT 06854-1738
```

```
District/off: 1088-2           User: gci                   Page 2 of 5                   Date Rcvd: Apr 05, 2011
                               Form ID: rab18j             Total Noticed: 220


7412713      +Holt Decorative Curbing,    P.O. Box 1182,    Riverton, UT 84065-1182
7412714      +Homes Today Utah Edition,    435 East Broadway,    Salt Lake City, UT 84111-2606
7412715      +Honey Bucket,    2439 South Constituion Blvd,    West Valley City, UT 84119-1225
7412717       House of Pumps,    PO Box 389,   Sandy, UT 84091-0389
7412718      +Ignite Viral Media,    247 Vineyard Way,    Saratoga Springs, UT 84045-3284
7412719      +Innovative Excavating,    PO Box 818,   West Jordan, UT 84084-0818
7412720       Intermountain Bobcat/Scott Machinery,    P.O. Box 57157,    Salt Lake City, UT 84157-0157
7412721      +Intermountain Mobile Storage, Inc.,    12761 South Hidaway Cv,    Draper, UT 84020-9524
7412724      +J. Craig Carman, P.C.,    311 South State,   Suite 380,    Salt Lake City, UT 84111-5215
7412728      +JCF Construction,    1003 West 500 North,    Provo, UT 84601-2544
7412725      +Jaco Masonry,    1555 North 180 East,    Lehi, UT 84043-3485
7412726      +Javier Arce Flores,    3196 Westcrest Road,    Salt Lake City, UT 84120-1976
7412727      +Javier Melendez,    561 North Redwood Road,    Salt Lake City, UT 84116-2403
7412729      +Jensen Pavers & Hardscapes,    94 South State Street,    Lindon, UT 84042-1941
7412730      +Jenson Lumber,    247 West 12300 South,    Draper, UT 84020-9560
7412731      +Jill S. Jessen, owner of,    Homes Today Utah Edition,    435 East Broadway,
               Salt Lake City, UT 84111-2606
7412732      +Jose S. Gonzales,    620 West 4th Avenue,    Midvale, UT 84047-7139
7412734       Juan Yanagui,    8480 South 223 West,    Midvale, UT 84047
7412735      +Kesler & Rust,    McIntyre Building, 2nd Floor,    68 South Main Street,
               Salt Lake City, UT 84101-1502
7412737       Kristy Galloway,    PO box 34,    Riverton, UT 84065-0034
7412740      +LEI Engineering Surveyors,    14441 South 980 West,    Riverton, UT 84065-4868
7412743      +LJ Mascaro Trucking,    7232 West 13620 South,    Herriman, UT 84096-3527
7412738      +Landform Design Group, Inc.,    511 West 200 South,   Suite 125,    Salt Lake City, UT 84101-1389
7412739      +Lazaro Melendez,    1012 South West Temple Apt 2,    Salt Lake City, UT 84101-3151
7412741      +Les Schwab,    653 E 12300 South,    Draper, UT 84020-9267
7412742      +Liberty Tire Recyclers,    1398 North Beck Street,    Salt Lake City, UT 84116-1209
7412745      +Manuel Hernandez,    4087 West Twilight Drive,    Kearns, UT 84118-4569
7412746      +Market Place/Events,    3450 South Highland Drive #105,    Salt Lake City, UT 84106-3690
7456310      +Marriott Construction,    4960 West 2200 North,    Ogden, Utah 84404-9799
7412747      +McCarthy, Burgess & Wolff,    The MB&W Building,    26000 Cannon Road,    Cleveland, OH 44146-1807
7412748      +Mellissa Lee Galloway,    2346 West Statehood Drive,    Riverton, UT 84065-3061
7412749       Mini Mobile,    95 North 700 West,    Suite E,   North Salt Lake, UT 84054-2768
7412750       Mobile Mini, Inc.,    PO Box 79149,    Phoenix, AZ 85062-9149
7412751      +Mountain Valley Stone, Inc.,    2276 South Daniels Road,    Heber City, UT 84032-4017
7412752      +Nine Lives Media, Inc.,    3455 South West Temple,    Salt Lake City, UT 84115-4338
7412753      +Nolberto Yanagui,    8039 South 420 East,    Sandy, UT 84070-0183
7412754      +O Well Precast,    PO Box 2347,    Sandy, UT 84091-2347
7412755      +Oregon Acres LLC,    593 West 12300 South,    Draper, UT 84020-9270
7412756      +Outdoor Elements,    PO Box 1182,    Riverton, UT 84065-1182
7412757      +Outsource Receiveables,    PO Box 166,    Ogden, UT 84402-0166
7412758      +Pageworthy,    1211 South 60 West,    Wellsville, UT 84339-9212
7412760      +Paul Giles Concrete,    92 North 400 West,    Payson, UT 84651-2022
7412761      +Perennial Favorites,    257 South 3200 West,    Layton, UT 84041-8751
7412762      +Perfect Pools,    2207 East 11620 South,    Sandy, UT 84092-5668
7412763      +Performance Place,    10246 South 1700 West,    South Jordan, UT 84095-9337
7456311      +Plasido Segura Tamayo,    8322 South Monroe Street,    Midvale, Utah 84047-7508
7412764      +Primerica Life Insurance,    10252 S Hwy U-111,    Bingham Canyon, UT 84006-1215
7412766      +Progressive Plants, Inc.,    10252 South Hwy U-111,    Copperton, UT 84006-1215
7412767       Purchase Power,    PO Box 371874,    Pittsburgh, PA 15250-7874
7412769      +Rafael Mendoza,    9888 Tulip Drive,    Sandy, UT 84094-3915
7412770      +Randy Marriott Construction,    5238 West 2150 North,    Ogden, UT 84404-9700
7412771      +Recievable Management Corporation,    400 West Cummings Park Suite 4450,    Woburn, MA 01801-6594
7412772      +Replenish Landscape Garden Products LLC,    4660 South 200 West,    Salt Lake City, UT 84107-3732
7412773      +Revenue Assurance Partners,    19399 Helenberg Road,    Covington, LA 70433-5392
7412774      +Ricardo J. Sanchez,    3196 Westcrest Road Apt 91A,    Salt Lake City, UT 84120-1976
7412775      +Ricardo Rivera,    7953 Allen Street Apt 34,    Midvale, UT 84047-7716
7456312      +Robert S. Howell Esq.,    2350 Dallin Street,    Salt Lake City, UT 84109-1525
7412776      +Robinson, Seiler & Anderson, LC,    2500 North University Avenue,    PO Box 1266,
               Provo, UT 84603-1266
7412777      +Rock Products of Utah,    843 South Main Street,    Heber City, UT 84032-2464
7412778       Rocky Mountain Power,    Bankruptcy Dept.,    P.O.BOX 25308,    Salt Lake City, UT 84125-0308
7412779      +Rocky Mountain Waterproofing,    4158-A Nike Drive,    West Jordan, UT 84088-5958
7412780      +Rose Concrete Coatings,    1033 Pheasant tAIL dRIVE,    Riverton, UT 84065-5616
7412781      +Ruben S. Suarez,    4870 South 300 West,    Murray, UT 84107-4757
7412800       SRL,    PO Box 1037,    Lehi, UT 84043-7037
7412782      +Salt Depot, Inc.,    PO Box 1976,    West Jordan, UT 84084-8976
7412783       Salt Lake County Treasure,    2001 South State Room #N2300,    Salt Lake City, UT 84190-1300
7412784      +Salt Lake Valley Sand & Gravel,    PO Box 2348,    Sandy, UT 84091-2348
7412785      +Sarah Lamb,    7872 South Grant  Street,    Midvale, UT 84047-7439
7412786      +Scalley Reading Bates Hansen & Rasmussen,    15 West South Temple, Suite 600,    PO BOX 11429,
               Salt Lake City, UT 84147-0429
7412787      +Scenic Acres Water Association,    2409 West Spencer Crest Drive,    Riverton, UT 84065-3048
7412788      +Scott Babcock,    505 East 200 South Suite 300,    Salt Lake City, UT 84102-2055
7412789      +Sebastian T. Palacios,    148 West Plum Tree Lane #24G,    Midvale, UT 84047-1148
7412790      +Selecthealth,    Small Employer Accounting,    PO Box 27368,    Salt Lake City, UT 84127-0368
7412793       Slater, Tenaglia, Ftitz & Hunt, P.A.,    Lockbox 4370,    PO Box 95000,
               Philadelphia, PA 19195-4370
```

```
District/off: 1088-2              User: gci                 Page 3 of 5                   Date Rcvd: Apr 05, 2011
                                  Form ID: rab18j           Total Noticed: 220


7412794        +Smart, Schofield, Shorter & Lunceford,    Attorneys at Law,    5295 Commerce Drive, Suite 200,
                 Salt Lake City, UT 84107-5396
7456313        +Smith Knowles PC,    4723 Harrison Blvd Suite 200,    Ogden, Utah 84403-4319
7412795        +Snell & Wilmer,    15 West South Temple # 1200,    Salt Lake City, UT 84101-1547
7412796         So Valley Sewer Dist,    PO Box 410800,    Salt Lake City, UT 84141-0800
7412797        +South Valley Sewer District,    874 East 12400 South,    Draper, UT 84020-9320
7456314         Spencer Morris,    12717 Webb Road,    Draper, Utah 84020-2300
7412798        +Spring Lake Farms, Inc.,    10252 South Hwy U-111,    Bingham Canyon, UT 84006-1215
7412799        +Sprinkler Supply Company,    7878 South 1410 West,    West Jordan, UT 84088-9400
7456315         State of Utah Labor Commission,    Ant-Dis,   Labor Div and Wage Claim Unit,    PO Box 146630,
                 Salt Lake City, Utah 84114-6630
7570790         State of Utah Labor Commission,    Anti-Discrimination Labor Div & Wage Claim,    PO BOX 146630,
                 Salt Lake City, Utah 84114-6630
7412801        +Steiner & Schmidt, PLLC,    P.O. Box 171194,    Salt Lake City, UT 84117-1194
7412802        +Stephen B. Elggren, P.C,    Attorney for Plantiff,    7390 South Creek Road #201,
                 Sandy, UT 84093-6123
7412803        +Stephen W. Whiting #11828,    Bryan W. Cannon & Associates,    8619 South Sandy Parkway, Suite 111,
                 Sandy, UT 84070-6404
7412804        +Strang Excavating Inc., Rock Products,    5612 South 8400 West,    Salt Lake City, UT 84118-8200
7412805        +Sugarhouse Architect,    2483 South Alden Street,    Salt Lake City, UT 84106-3102
7412806        +Sugarhouse Architects,    2483 South Alden Street,    Salt Lake City, UT 84106-3102
7456316         Sundance Homes,    13118 Eagle Peak Drive,    Herriman, Utah 84096
7412808        +Swan Law Firm, PLLC,    2240 South 5370 West,    West Valley City, UT 84120-1278
7589007        +Synergetic Communication Inc,    1301 East 3rd Ave, Sutie 200,    Post Falls, ID 83854-7544
7412809        +T&L Trees Inc.,    PO Box 491,    Bonners Ferry, ID 83805-0491
7412812        +TJ Smith Trucking & Excavation, Inc.,    9311 South 4460 West,    West Jordan, UT 84088-2610
7412810        +Taylor M. Smith,    3773 Summer Heights Drive,    South Jordan, UT 84095-5096
7412811        +TechnaGlass,    460 West 9000 South,    Sandy, UT 84070-2575
7412813         Trans-Jordan,    10873 South 7200 West,    PO Box 95610,    South Jordan, UT 84095-0610
7412814        +Triple X Trucking,    1235 West 520 South,    Spanish Fork, UT 84660-5533
7412815         United Recovery Group, Inc.,    PO Box 951,    Lehi, UT 84043-0951
7412816        +United Rentals,    240 West 9400 South,    Sandy, UT 84070-2631
7412817        +Utah Apartment Association,    448 East Winchester Avenue #460,    Salt Lake City, UT 84107-8551
7412818         Utah Decks,    3080 Classic Country Dr,    Riverton, UT 84065
7412819        +Utah Home Building Company,    4682 South 150 West,    Salt Lake City, UT 84107-3721
7412821        +Utah Tire Recyclers,    1398 North Beck Street,    Salt Lake City, UT 84116-1209
7412822        +Utah Wood & Iron, LLC,    165 North 1330 West D-1,    Orem, UT 84057-5114
7412823        +Utah Yellow Pages, Inc.,    5200 South Greenpine Dr,    Murray, UT 84123-4605
7456438        +Valley Ready Mix,    PO Box 2115,    Sandy, UT 84091-2115
7456317         Valley Ready Mix,    16500 South 500 West,    Riverton, Utah 84065
7412824         Vengroff, Williams & Associates, Inc.,    P.O. Box 4155,    Sarasota, FL 34230-4155
7412828        +Vladimir E. Andrade,    7580 South 700 East,    Midvale, UT 84047-2349
7412829        +Warner Truck Center,    PO Box 70900,    Salt Lake City, UT 84170-0900
7412830        +Wasatch Pediatrics,    P.O. Box 71550,    Salt Lake City, UT 84171-0550
7589009        +West Asset Management,    7171 Mercy Road,    Omaha. NE 68106-2620
7412831         Wheeler Machinery,    4901 West 2100 South,    Salt Lake City, UT 84120-1200
7412832        +Wilding Engineering,    14721 South Heritage Crest Way,    Riverton, UT 84065-4841
7412833        +Wilhite & Associates, Inc.,    PO Box 826,    Pleasant Grove, UT 84062-0826
7412834        +Wright Express Card,    97 Darling Avenue,    South Portland, ME 04106-2399
7412835        +Wright Express Fleet,    PO Box 639,    Portland, ME 04104-0639
7570792       ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
                 SALT LAKE CITY UT 84130-0709
                (address filed with court: Zions Bank,    PO Box 1507,    Salt Lake City, Utah 84110)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: BDHGILLMAN.COM Apr 05 2011 23:48:00      Duane H. Gillman tr,    Durham Jones & Pinegar,
                 111 East Broadway,    Suite 900,    P.O. Box 4050,    Salt Lake City, UT  84110-4050
ust            +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Apr 05 2011 23:42:22       United States Trustee,
                 Ken Garff Bldg.,    405 South Main Street,    Suite 300,    Salt Lake City, UT 84111-3402
7589003        +E-mail/Text: support@amscollections.com Apr 05 2011 23:42:16       Allen, Maxwell & Silver,
                 190 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2533
7553723        +EDI: GMACFS.COM Apr 05 2011 23:48:00      Ally Financial fka GMAC,    P.O. Box 130424,
                 Roseville, MN 55113-0004
7412637         EDI: AMEREXPR.COM Apr 05 2011 23:48:00      American Express,
                 Travel Related Services Company, Inc.,    PO Box 53773,    Phoenix, AZ 85072-3773
7412636         EDI: AMEREXPR.COM Apr 05 2011 23:48:00      American Express,    P.O Box 53852,
                 Phoenix, AZ 85072-3852
7412645        +EDI: BANKAMER.COM Apr 05 2011 23:48:00      Bank Of America,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410-8119
7412658         EDI: CHRYSLER.COM Apr 05 2011 23:48:00      Cfc Deficiency Recover,    5225 Crooks Rd Ste 140,
                 Troy, MI 48098
7412662         EDI: CHRYSLER.COM Apr 05 2011 23:48:00      Chrysler Financial,    PO Box 9223,
                 Farmington, MI 48333-9223
7412680        +E-mail/Text: vendorsupport@dexknows.com Apr 05 2011 23:42:14       Dex Media,
                 3190 South Vaughn Way,    Aurora, CO 80014-3506
7412681         E-mail/Text: vendorsupport@dexknows.com Apr 05 2011 23:42:14       Dex Media West,    PO Box 79167,
                 Phoenix, AZ 85062-9167
7412686         EDI: ESSL.COM Apr 05 2011 23:48:00      Dish Network,    P.O. Box 17250,    Denver, CO 80217-0250
7412687         EDI: ESSL.COM Apr 05 2011 23:48:00      Dish Network,    PO Box 105169,    Atlanta, GA 30348-5169
7412698         EDI: GMACFS.COM Apr 05 2011 23:48:00      G M A C,    Po Box 12699,    Glendale, AZ 85318
```

```
District/off: 1088-2           User: gci                    Page 4 of 5                   Date Rcvd: Apr 05, 2011
                               Form ID: rab18j              Total Noticed: 220


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
7412703       EDI: GMACFS.COM Apr 05 2011 23:48:00      GMAC,   PO Box 9001948,   Louisville, KY 40290-1948
7412707       EDI: RMSC.COM Apr 05 2011 23:48:00      Green Tree Servicing L,   332 Minnesota St Ste 610,
               Saint Paul, MN 55101
7412702      +EDI: GMACFS.COM Apr 05 2011 23:48:00      Gmac,   200 Renaissance Ctr,   Detroit, MI 48243-1300
7412722       EDI: IRS.COM Apr 05 2011 23:48:00      Internal Revenue Service,
               CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,   Philadelphia, PA 19114-0326
7412736      +E-mail/Text: bureauknight@yahoo.com Apr 05 2011 23:42:18      Knight Adjustment Bureau,
               404 East 4500 South, Suite # A-34,   Salt Lake City, UT 84107-2710
7570791       E-mail/Text: bankruptcy@pb.com Apr 05 2011 23:42:04      Pitney Bowes,   2225 American Drive,
               Neenah, WI 54956-1005
7412765       E-mail/Text: bankruptcy@proconsrv.com Apr 05 2011 23:42:29       Pro Consulting Services, Inc.,
               c/o Collection Division,   P.O. Box 66510,   Houston, TX 77266-6510
7412768       E-mail/Text: bklaw@qwest.com Apr 05 2011 23:42:05      Qwest,   PO Box 29040,
               Phoenix, AZ 85038-9040
7412791       E-mail/Text: bankruptcy@bbandt.com Apr 05 2011 23:42:28      Sheffield Financial,   PO Box 1704,
               Clemmons, NC 27012-1704
7412792      +E-mail/Text: bankruptcy@bbandt.com Apr 05 2011 23:42:28      Sheffield Financial Co,
               2554 Lewisville Clemmons,   Clemmons, NC 27012-8110
7589008      +EDI: URSI.COM Apr 05 2011 23:48:00      United Recovery Systems,   5800 North Course Drive,
               Houston, TX 77072-1613
7412820      +EDI: UTAHTAXCOMM.COM Apr 05 2011 23:48:00      Utah State Tax Commission,   Attn: Bankruptcy Unit,
               210 North 1950 West,   Salt Lake City, UT 84134-9000
7412825       EDI: AFNIVZWIRE.COM Apr 05 2011 23:48:00      Verizon,   P.O. Box 660108,   Dallas, TX 75266-0108
7412826       EDI: AFNIVZWIRE.COM Apr 05 2011 23:48:00      Verizon,   PO Box 9622,
               Mission Hills, CA 91346-9622
7412827      +EDI: AFNIVZWIRE.COM Apr 05 2011 23:48:00      Verizon Wireless,   15900 Se Eastgate Way,
               Bellevue, WA 98008-5757
                                                                                               TOTAL: 29


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7412661      Chrysler Financial,   Payment Processing Center,   P.O. Box 7200,   Returned Mail 99999
7412663      Chrysler Financl,   PO Box 354,   RETURNED MAIL - 99999
7412670      Construction Software Tech,   ATTN: Accounts Receivable,   4500 Lake Forest Drive
7412672      CopperTech Construction, Inc.,   617 East 1000 South Pleasant Grove,   RETURNED MAIL - 99999
7412677      Daniel Tellez,   1300 South 344 East,   Returned Mail 99999
7412682      Diamond Rental,   1299 West State Road,   Returned Mail 99999
7412699      G.E. Capital Commercial,   P.O. Box 6229,   RETURNED MAIL - 99999
7412716      House of Pumps,   3534 South West Temple,   Returned Mail 99999
7412744      Magleby Companies, Inc.,   PO Box 990,   RETURNED MAIL - 99999
7412759      Park City Home Buildier Association,   3100 Pinebrook Road #1075,   RETURNED MAIL-- 99999
7412649    ##Biograss Sod Farms,   9980 South State Street,   Sandy, UT 84070-3201
7412665    ##Citicapital Commercial Corporation,   8201 Ridgepoint Drive,   Irving, TX 75063-3160
7412696   ##+Francisco Rosas,   9434 South 1400 East,   Sandy, UT 84092-2908
7412700    ##GE Capital,   PO Box 35701,   Billings, MT 59107-5701
7412723   ##+Irineo Flores,   2000 West 7800 South,   Apt 7,   West Jordan, UT 84088-4240
7412733    ##Jose W. Garcia,   3854 Atmore Road,   West Jordan, UT 84084-1404
7412807   ##+Sunrise Press, LLC,   9540 South 500 West,   Sandy, UT 84070-2530
                                                                                     TOTALS: 10, * 0, ## 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 1088-2          User: gci                 Page 5 of 5                  Date Rcvd: Apr 05, 2011
                              Form ID: rab18j           Total Noticed: 220
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2011**                    **Signature:** *Joseph Speetjens*